JOHN H. AWTRY, Appellant, *v.* TEMPLE H. MORROW et al., Defendants, and TRADERS & GENERAL INSURANCE COMPANY, Respondent.

Submitted March 3, 1941; decided March 13, 1941.

*Philip M. Payne* for motion.

*J. M. Richardson Lyeth* and *John G. Haviland* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that the order is not a final determination of the action within the meaning of the Constitution.